■ In the Matter of SARAH A., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DANIEL A., Appellant, et al., Respondent. (Proceeding No. 1.) In the Matter of DANIEL A., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respon-

dent; DANIEL A., Appellant, et al., Respondent. (Proceeding No. 2.) [978 NYS2d 909]—

The order appealed from did not decide that branch of the father's motion which was to prohibit the mother from moving into the paternal grandmother's home with the subject children. The father's contentions concerning that branch of the motion are therefore not properly before us, as that branch of the motion remains pending and undecided (*see Katz v Katz*, 68 AD2d 536 [1979]; *see also* CPLR 5511). Rivera, J.P., Leventhal, Hall and Roman, JJ., concur.